UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

ALVIN F. KUKLA, JR.  CASE NUMBER: 05-30190
SSN: xxx-xx-8769  CHAPTER 13
PATRICIA J. KUKLA
SSN: xxx-xx-3591
Debtors

---

**NOTICE TO NORTHERN INDIANA FOOT AND ANKLE ASSOCIATION
THAT $20.06 HAS BEEN DEPOSITED INTO
THE COURT'S UNCLAIMED FUNDS ACCOUNT
IN TREASURY FUND #106000**

---

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Northern Indiana Foot and Ankle Association, creditor herein, and deposits $20.06 into the Court Clerk's Unclaimed Funds Account in Treasury Account #106000.

1. The last known address for Northern Indiana Foot & Ankle Association was:

    4455 Edison Lakes Pkwy
    Suite 200-A
    Mishawaka, IN 46545

2. Several of the Standing Chapter 13 Trustee's disbursement checks have been returned with a "Forwarding Order Expired" stamped on the front of the envelope by the Postmaster;

3. Subsequent attempts to locate this creditor were fruitless;

4. Any objections to said Deposit should be made in writing, with the Court Clerk.

Dated: 2-10-10

Respectfully Submitted,

/s/ Debra L. Miller, Trustee
Debra L. Miller, Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 251-1493

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of this Notice was sent on 2-10-10

By U. S. Mail to the Debtors and Creditor as follows:

Debtor(s): Alvin & Patricia Kukla, 202 E. 13th Street, Mishawaka, IN 46544
Creditor: Northern Indiana Foot & Ankle Assoc., 4455 Edison Lakes Pkwy, Ste. 200-A, Mishawaka, IN 46545

By electronic e-mail:
U.S. Trustee
Lance Silvian, Debtors' Counsel

/s/ Debra L. Miller, Trustee
By: Rosemary Wilson